JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOSEPH EARL SMITH, JR.,           )       Case No. CV 15-1391-MMM(AJW)
                                  )
              Petitioner,         )
                                  )       JUDGMENT
v.                                )
                                  )
DANIEL PARAMO, Warden,            )
                                  )
              Respondent.         )
_____)

   **It is hereby adjudged** that the petition for a writ of habeas
corpus is dismissed for lack of jurisdiction.


Dated: March 31, 2015

_____
Margaret M. Morrow
United States District Judge